IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP; MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>     Plaintiffs,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State; AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>     Defendants. | CV 23-70-H-BMM-KLD<br><br>ORDER |

  Plaintiffs move for the admission of Aria C. Branch to practice before this Court in this case with Raph Graybill to act as local counsel. Ms. Branch's application appears to be in order. Accordingly,

  IT IS HEREBY ORDERED that Plaintiffs' motion to admit Aria C. Branch pro hac vice is GRANTED on the condition that Ms. Branch shall do her own work. This means that Ms. Branch must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further

information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Branch may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Branch.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Branch, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 18th day of October, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge