# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP, et al.,<br>*Plaintiffs*,<br>and<br>JACOBSEN, et al.,<br>*Defendants*. | No. 6:23-cv-070-BMM<br><br>**MOTION TO INTERVENE BY THE REPUBLICAN NATIONAL COMMITTEE AND THE MONTANA REPUBLICAN PARTY** |

The Republican National Committee and the Montana Republican Party respectfully move to intervene as Defendants as a matter of right in this case under Federal Rule of Civil Procedure 24(a). In the alternative, Movants move for permissive intervention under Rule 24(b).

In compliance with Local Rule 7.1(c)(1), counsel for Movants has conferred by email with the Plaintiffs Montana Public Interest Research Group and the Montana Federation of Public Employees, who indicated that Plaintiffs object to Movants' intervention. Counsel has also conferred by email with lead counsel for Defendants, who indicated that they do not object.

Dated: October 23, 2023

Thomas R. McCarthy*
Katie Smithgall
Conor D. Woodfin*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
katie@consovoymccarthy.com
conor@consovoymccarthy.com

*pending pro hac vice admission

Respectfully submitted,

By: /s/ *Dale Schowengerdt*

Dale Schowengerdt
Landmark Law PLLC
7 West 6th Avenue, Suite 518
Helena, MT 59601
(406) 457-5496
dale@landmarklawpllc.com

*Counsel for the Republican National Committee
and the Montana Republican Party*

## CERTIFICATE OF SERVICE

I certify that, on October 23, 2023, I served the foregoing Motion to Intervene via email on all counsel of record.

Respectfully submitted,
/s/ *Dale Schowengerdt*