Raph Graybill
**GRAYBILL LAW FIRM, PC**
300 4th Street North
P.O. Box 3586
Great Falls, Montana 59403
rgraybill@silverstatelaw.net
ph. (406) 452-8566

Jonathan P. Hawley
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
jhawley@elias.law
ph. (206) 656-0179

Aria C. Branch*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
abranch@elias.law
ph. (202) 968-4490

*Attorneys for Plaintiffs*

**Admitted pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP; MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State; AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendants. | CV 23-70-H-BMM-KLD<br><br><br>DECLARATION OF JONATHAN P. HAWLEY IN OPPOSITION TO MOTION TO INTERVENE BY THE REPUBLICAN NATIONAL COMMITTEE AND THE MONTANA REPUBLICAN PARTY |

I, Jonathan P. Hawley, hereby declare under penalty of perjury under the laws of the United States as follows:

1. I am over the age of 18 and competent to make this declaration. I am an associate with the law firm Elias Law Group LLP and am admitted to practice law in the States of Washington, California, and Montana and the District of Columbia and before multiple federal courts of appeals and district courts, including this Court. I serve as counsel for Plaintiffs in the above-captioned matter.

2. I submit this declaration to provide the Court true and correct copies of certain documents submitted in opposition to the motion to intervene filed by the Republican National Committee and the Montana Republican Party.

**Exhibit 1** is a true and correct copy of *Priorities USA v. Wis. Elections Comm'n*, No. 23-CV-1900, slip op. (Wis. Cir. Ct. Oct. 27, 2023).

**Exhibit 2** is a true and correct copy of *Mi Familia Vota v. Hobbs*, No. CV-22-00509-PHX-SRB, slip op. (D. Ariz. June 23, 2022).

Dated: November 7, 2023              Respectfully submitted,

By: */s/ Jonathan P. Hawley*
Jonathan P. Hawley
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
jhawley@elias.law
ph. (206) 656-0179

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on this 7th day of November, 2023, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 4,5 | CM/ECF |
| ____ | Hand Delivery |
| ____ | Mail |
| 1,2,3 | Certified Mail |
| ____ | Fax |
| ____ | E-Mail |

1. Christi Jacobsen
   Montana Secretary of State
   1301 E 6th Ave.
   Helena, MT 59601

2. Austin Knudsen
   Montana Attorney General
   215 N Sanders, Third Floor
   Helena, MT 59601

3. Chris Gallus
   Montana Commissioner of Political Practices
   1209 8th Ave.
   Helena, MT 59601

4. Dale Schowengerdt
   Landmark Law PLLC
   7 West 6th Ave., Ste. 518
   Helena, MT 59601
   dale@landmarklawpllc.com

5. Katie Smithgall
   Consovoy McCarthy PLLC
   1600 Wilson Blvd, Ste. 700
   Arlington, VA 22209
   katie@consovoymccarthy.com

                                                                                                                            /s/ Emma Edwards