**LODGED**

NOV 1 7 2023

Clerk, U.S. District Court
District Of Montana
Great Falls

**Rob Cameron**
Jackson, Murdo, & Grant, P.C.
203 North Ewing
Helena, MT 59601-4240
406.389.8244
rcameron@jmgattorneys.com

**Benjamin M. Flowers***
  **pro hac vice forthcoming*
Ashbrook Byrne Kresge
P.O. Box 8248
Cincinnati, Ohio 45249
312.898.3932
bflowers@ashbrookbk.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP; MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State; AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendants. | Case No. CV 23-70-H-BMM-KLD<br><br>**RESTORING INTEGRITY AND TRUST IN ELECTIONS' UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF OPPOSING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

1

## CORPORATE DISCLOSURE STATEMENT

Restoring Integrity and Trust in Elections, Inc. (RITE), is a 501(c)(4) non-profit organization. It has no parent corporation and no publicly held corporation holds a 10% or greater ownership interest in it.

## MOTION

"American elections set the course of our great nation." *Our Mission*, Restoring Integrity and Trust in Elections. https://riteusa.org/our-mission/(as last visited Nov. 1, 2023). "Electoral systems must be designed, safeguarded, and implemented in a manner that reflects the will of our citizens so that electoral results enjoy the public's full faith and confidence." *Id*. RITE exists to defend democratically enacted election-integrity laws in litigation. *Id*.

This case falls squarely within RITE's mission. The Plaintiffs challenge HB 892, which prohibits individuals registered to vote in Montana from "purposefully remain[ing] registered to vote in more than one place in" Montana "or another state ...." 2023 Montana Laws Ch. 742 (H.B. 892) (amending Mont. Code. Ann. §13-35-210(4)). The law thus requires Montana voters to sever political ties with other States. And it requires those who register in another State to sever their political ties with Montana. These requirements serve important purposes. First, they ensure that only individuals fully committed to Montana's political community wield a share of its sovereign authority by voting in its elections. Second, because duplicative

registrations create opportunities for fraud and impair the smooth administration of elections, eliminating such registrations promotes public confidence in elections.

RITE's brief elaborates on these points, situating the statute within the broader constitutional and election-law framework—matters the parties will not likely have the luxury of having space to address. The *amicus* brief will also address *Common Cause Indiana v. Lawson*, 937 F.3d 944 (7th Cir. 2019), which the plaintiffs' brief cites. The *amicus* brief will discuss this decision in detail, helping to show that the case is neither relevant to any issue in this case nor persuasive on its own terms. This discussion will aid the Court, because the defendants face too many issues to dedicate substantial space on this one case.

RITE's counsel contacted counsel for the parties. Counsel for Plaintiffs and Defendants reported that no party opposes this motion.

DATED this 17th day of November, 2023

_____
Rob Cameron
Jackson, Murdo, & Grant, P.C.
203 North Ewing
Helena, MT 59601-4240
406.389.8244
rcameron@jmgattorneys.com
*Counsel for Restoring Integrity and Trust in Elections, Inc.*

Benjamin M. Flowers*
　*pro hac vice forthcoming*
Ashbrook Byrne Kresge
P.O. Box 8248
Cincinnati, Ohio 45249
bflowers@ashbrookbk.com
312.898.3932
*Counsel for Restoring Integrity and Trust in Elections, Inc.*

3

## CERTIFICATE OF SERVICE

I certify that, on this 17th day of November, 2023, a copy of the foregoing document was served on the following persons by U.S. Certified Mail, addressed as follows:

1. Jonathan Patrick Hawley
   Elias Law Group LLP
   1700 Seventh Ave., Suite 2100
   Seattle, WA 98101

2. Raphael Graybill
   Graybill Law Firm, PC
   300 4th Street North
   Great Falls, MT 59401

3. Christi Jacobsen
   Montana Secretary of State
   1301 E 6th Ave.
   Helena, MT 59601

4. Austin Knudsen
   Montana Attorney General
   215 N Sanders,
   Third Floor Helena, MT 59601

5. Chris Gallus
   Montana Commissioner of Political Practices
   1209 8th Ave.
   Helena, MT 59601

6. Dale Schowengerdt
   Landmark Law PLLC
   7 West 6th Ave., Ste. 518
   Helena, MT 59601

7. Katie Smithgall
   Consovoy McCarthy PLLC
   1600 Wilson Blvd, Ste. 700
   Arlington, VA 22209

_____
Rob Cameron