IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP; MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>                Plaintiffs,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State; AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>                Defendants. | CV 23-70-H-BMM-KLD<br><br>ORDER |

      Proposed amicus Restoring Integrity and Trust in Elections, Inc. ("RITE") moves for the admission of Benjamin M. Flowers to practice before this Court in this case with Rob Cameron to act as local counsel. Mr. Flowers' application appears to be in order. Accordingly,

      IT IS HEREBY ORDERED that RITE'S motion to admit Benjamin Flowers pro hac vice is GRANTED on the condition that Mr. Flowers shall do his own work. This means that Mr. Flowers must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall

take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Flowers may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Flowers

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Flowers, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 20th day of November, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge