IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP; MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State; AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendants. | CV 23-70-H-BMM-KLD<br><br>ORDER |

Defendants have filed an Unopposed Motion for Leave to File Under Seal (Doc. 29). Accordingly, and good cause appearing,

IT IS ORDERED that the motion (Doc. 29) is GRANTED. The Clerk shall file Exhibit P to Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction under seal.

DATED this 4th day of December, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge