IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP; MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State; AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>    Defendants.<br><br>REPUBLICAN NATIONAL COMMITTEE and MONTANA REPUBLICAN PARTY,<br><br>    Defendant-Intervenors. | CV 23-70-H-BMM-KLD<br><br>ORDER |

    Defendant-Intervenors Republican National Committee and Montana Republican Party move for the admission of Conor D. Woodfin to practice before this Court in this case with Dale Schowengerdt to act as local counsel. Mr. Woodfin's application appears to be in order. Accordingly,

IT IS HEREBY ORDERED that Defendant-Intervenors' motion to admit Conor Woodfin pro hac vice is GRANTED on the condition that Mr. Woodfin shall do his own work. This means that Mr. Woodfin must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Woodfin, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 24th day of January, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge