UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP; MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>       Plaintiffs,<br><br>v.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State; AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>       Defendants. | Cause No. 6:23-cv-070-BMM<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

  The Court having read the Unopposed Motion to Continue Preliminary Pretrial Conference and Hearing on Motion for Preliminary Injunction, and good cause shown,

  IT IS HEREBY ORDERED that the Preliminary Pretrial Conference and hearing on Motion for Preliminary Injunction is hereby continued until March 20,

2024 at 2:30 p.m. The call-in number is 877-402-9753; access code: 5136505. Preliminary Pretrial Statements, joint discovery plan and statement of stipulated facts are due on or before March 18, 2024.

    DATED this 27th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court