| | |
|---|---|
| Austin Knudsen<br>　*Montana Attorney General*<br>Michael Russell<br>Thane Johnson<br>Alwyn Lansing<br>Michael Noonan<br>　*Assistant Attorneys General*<br>MONTANA DEPARTMENT OF JUSTICE<br>PO Box 201401<br>Helena, MT 59620-1401<br>Phone: (406) 444-2026<br>Fax: (406) 444-3549<br>*michael.russell@mt.gov*<br>*thane.johnson@mt.gov*<br>*alwyn.lansing@mt.gov*<br>*michael.noonan@mt.gov*<br>Attorneys for Defendants Austin Knudsen and Chris Gallus | Christi Jacobsen<br>　*Montana Secretary of State*<br>Austin Markus James,<br>　*Chief Legal Counsel*<br>Clay R. Leland, Attorney<br>MONTANA SECRETARY OF STATE<br>1301 E. 6th Ave Rm 260<br>Helena, MT 59620-0124<br>Phone: (406) 444-6197<br>Fax: (406) 444-3549<br>*austin.james@mt.gov*<br>*clay.leland@mt.gov*<br>Attorneys for Defendant Christi Jacobsen |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, HELENA DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP; MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State; AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>　　　　　　　　　　Defendants,<br><br>REPUBLICAN NATIONAL COMMITTEE and MONTANA REPUBLICAN PARTY,<br><br>　　　　　　　　　　Defendant-Intervenors. | Cause No. 6:23-cv-070-BMM<br><br><br>**AFFIDAVIT OF<br>SADIE DALLASERRA** |

STATE OF MONTANA )
                        :ss
County of Lewis & Clark )

Sadie Dallaserra states under oath:

1. Your Affiant is the Elections Specialist Business Analyst for the Montana Secretary of State.

2. Your Affiant began working for the Secretary of State in October 2022.

3. Prior to working for the Secretary of State, your Affiant served as the Deputy Elections Administrator in Butte, Silver Bow County, Montana.

4. Your Affiant is familiar with the number of registrants in Montana and is familiar with the level of electoral activity with the Secretary of State.

5. House Bill 892 was enacted by the Governor signing the same on May 22, 2023.

6. Since its enactment on May 22, 2023, the Montana Voter Registration Systems shows the following registration activity:

    Active – 25,607 persons

    Inactive – 190 persons

    Cancelled – 179 persons

    Pending  - 142 persons

    Pending Under Age – 271 persons

    Provisional – 92 persons

7. Since May 22, 2023, there has been 169,273 electors using the Secretary of State's system to change registrant information.

8. Since May 22, 2023 to the present, there exists 12,004 new registrants.

9. Since enactment of House Bill 892, voter registration has not decreased.

DATED this 7th day of February, 2024.

*Sadie Dallaserra*
Sadie Dallaserra

Subscribed and sworn to before me, a Notary Public for the State of Montana, this 7th day of February, 2024, by Sadie Dallaserra. Lewis & Clark County

(S E A L)

EM J KRISSOVICH
NOTARY PUBLIC for the
State of Montana
Residing at Helena, Montana
My Commission Expires
February 9, 2025

_____
Notary Public for the State of Montana

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: <u>March 6, 2024</u>              <u>/s/ *Thane Johnson*            </u>
                                          Thane Johnson