Raph Graybill
**GRAYBILL LAW FIRM, PC**
300 4th Street North
P.O. Box 3586
Great Falls, Montana 59403
raph@graybilllawfirm.com
ph. (406) 452-8566

*Additional counsel listed on next page*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP; MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State; AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>        Defendants,<br><br>and<br><br>THE REPUBLICAN NATIONAL COMMITTEE; MONTANA REPUBLICAN PARTY<br><br>        Intervenor-Defendants. | CV 23-70-H-BMM-KLD<br><br><br><br>**STIPULATION AND CONSENT JUDGMENT** |

Aria C. Branch*
Christopher D. Dodge*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
abranch@elias.law
cdodge@elias.law
ph. (202) 968-4490

*Attorneys for Plaintiffs*


Michael Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
**Montana Department of Justice**
P.O. Box 201401
Helena, MT 59620
Ph: (406) 444-2026
Fax: (406) 444-3549
thane.johnson@mt.gov
alwyn.lansing@mt.gov
michael.russell@mt.gov
michael.noonan@mt.gov

*Attorneys for Defendants*

Kathleen S. Lane
Thomas R. McCarthy*
Conor D. Woodfin*
**Consovoy McCarthy PLLC**
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
katie@consovoymccarthy.com
(703) 243-9423

Dale Schowengerdt
**Landmark Law PLLC**
7 West 6th Avenue, Suite 518
Helena, MT 59601
dale@landmarklawpllc.com
(406) 457-5496

*Counsel to Intervenors*

*\*Admitted pro hac vice*

Plaintiffs Montana Public Interest Research Group and Montana Federation of Public Employees; Defendants Christi Jacobsen, Austin Knudsen, and Chris Gallus; and Intervenor-Defendants the Republican National Committee and Montana Republican Party (collectively, the "Parties"), by and through counsel, stipulate to the following and respectfully request that this Court approve this Consent Judgment.

1.  On September 29, 2023, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief, seeking a declaration that the provision of House Bill 892 ("HB 892") codified at section 13-35-210(5) of the Montana Code violates the First and Fourteenth Amendments to the U.S. Constitution, as well as injunctive relief enjoining Defendants, their agents, and their successors in office from enforcing that provision. (Doc. No. 1 at 23). Plaintiffs moved for a preliminary injunction on November 6, 2023. (Doc. No. 11).

2.  On April 24, 2024, this Court granted Plaintiffs' motion for a preliminary injunction, enjoining "Defendants, their agents, and their successors . . . from enforcing HB 892's multiple registration prohibition and prior registration disclosure requirement provisions codified in Mont. Code. Ann. § 13-35-210(5)." (Doc. No. 79 at 33–34). The injunction applied only to Mont. Code. Ann. § 13-35-210(5); all other provisions of HB 892, codified in Mont. Code. Ann. § 13-35-210, remained in effect.

3. On September 3, 2024, the United States Court of Appeals for the Ninth Circuit affirmed this Court's ruling in an unpublished decision.

4. Since the Ninth Circuit affirmed this Court's ruling, the Parties have engaged in good-faith negotiations regarding a potential settlement of Plaintiffs' claims against Defendants.

5. Following negotiation, the Parties have reached a settlement to fully resolve Plaintiffs' claims, the terms of which are set forth below:

    a. First, this Court's preliminary injunction enjoining Defendants, their agents, and their successors from enforcing HB 892's multiple registration prohibition and prior registration disclosure requirements codified in Mont. Code. Ann. § 13-35-210(5) shall remain in effect permanently.

    b. Second, Defendants agree not to enforce HB 892's multiple registration prohibition or prior registration disclosure requirements codified in Mont. Code. Ann. § 13-35-210(5), consistent with this Court's injunction.

    c. Third, all other provisions of HB 892, codified in Mont. Code. Ann. § 13-35-210, shall remain in effect. This includes the State's existing ban on double voting, codified in Mont. Code. Ann. § 13-35-210(2) and (4).

d. Fourth, the Parties agree to each bear their own fees, expenses, and costs incurred in this case, including on appeal. Plaintiffs waive their right to move for attorney's fees and costs.

e. Fifth, Plaintiffs' claims shall be dismissed without prejudice.

WHEREFORE the Parties respectfully request that this Court approve this Consent Judgment as a full and final resolution of Plaintiffs' claims.

/s/ Raph Graybill
Raph Graybill
Graybill Law Firm, PC
300 4th Street North
P.O. Box 3586
Great Falls, Montana 59403
raph@graybilllawfirm.com
(406) 452-8566

/s/ Michael Russell
Michael Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
Montana Department of Justice
P.O. Box 201401
Helena, MT 59620
Ph: (406) 444-2026
Fax: (406) 444-3549
thane.johnson@mt.gov
alwyn.lansing@mt.gov
michael.russell@mt.gov
michael.noonan@mt.gov

*Attorneys for Defendants*

Aria C. Branch
Christopher D. Dodge
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
abranch@elias.law
(202) 968-4490

*Counsel to Plaintiffs*

/s Kathleen S. Lane
Thomas R. McCarthy*
Kathleen S. Lane
Conor D. Woodfin*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
katie@consovoymccarthy.com

Dale Schowengerdt
Landmark Law PLLC
7 West 6th Avenue, Suite 518
Helena, MT 59601
dale@landmarklawpllc.com

*Counsel to Intervenors*
**Admitted pro hac vice*

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on this 7th day of March, 2025, a copy of the foregoing document was served on the following persons by the following means:

__1, 2, 3__  CM/ECF

_____ Hand Delivery

_____ Mail

_____ Overnight Delivery Service

_____ Fax

_____ E-Mail

1. Dale Schowengerdt
   Landmark Law PLLC
   7 West 6th Ave., Ste. 518
   Helena, MT 59601
   dale@landmarklawpllc.com

2. Kathleen Lane
   Thomas McCarthy
   Conor Woodfin
   Consovoy McCarthy PLLC
   1600 Wilson Blvd, Ste. 700
   Arlington, VA 22209
   katie@consovoymccarthy.com
   tom@consovoymccarthy.com
   conor@consovoymccarthy.com

3. Thane Johnson
   Michael Russell
   Michael Noonan
   Alwyn Lansing
   Montana Department of Justice
   P.O. Box 201401
   Helena, MT 59620
   thane.johnson@mt.gov
   michael.russell@mt.gov
   alwyn.lansing@mt.gov
   michael.noonan@mt.gov

                                        */s/ Raph Graybill*
                                        GRAYBILL LAW FIRM, P.C.