IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA PUBLIC INTEREST RESEARCH GROUP; MONTANA FEDERATION OF PUBLIC EMPLOYEES,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State; AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendants. | CV 23-70-H-BMM-KLD<br><br><br>**[PROPOSED] ORDER ENTERING STIPULATION AND GRANTING CONSENT JUDGMENT** |

Having considered the parties' stipulation and joint request for a consent judgment, **IT IS HEREBY ORDERED** that the consent judgment is **GRANTED**.

a. This Court's preliminary injunction enjoining Defendants, their agents, and their successors from enforcing HB 892's multiple registration prohibition and prior registration disclosure requirements codified in Mont. Code. Ann. § 13-35-210(5) shall remain in effect permanently.

b. Defendants agree not to enforce HB 892's multiple registration prohibition or prior registration disclosure requirements codified in Mont. Code. Ann. § 13-35-210(5).

c. All other provisions of HB 892, codified in Mont. Code. Ann. § 13-35-210, shall remain in effect. This includes the State's existing ban on double voting, codified in Mont. Code. Ann. § 13-35-210(2) and (4).

d. The Parties agree to each bear their own fees, expenses, and costs incurred in this case, including on appeal. Plaintiffs waive their right to move for attorney's fees and costs.

e. Plaintiffs' claims shall be dismissed without prejudice.

**SO ORDERED.**

Dated: _____         _____
                                 THE HONORABLE BRIAN MORRIS
                                 UNITED STATES DISTRICT JUDGE